

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  08-20872-CIV-MORENO**

LUKE T. AMORESANO,

       Plaintiff,

vs.

WARDEN GUNJA,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE AS DUPLICATIVE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate

Judge for a Report and Recommendation.  The Magistrate Judge filed a Report and Recommendation

**(D.E. No. 12)** on **April 3, 2008**.  The Court has reviewed the entire file and record.  The Court has

made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

       **ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and

Recommendation **(D.E. No. 12)** on **April 3, 2008**  is **AFFIRMED** and **ADOPTED**.  Accordingly,

it is

       **ADJUDGED** that:

       (1)     this case is DISMISSED as duplicative; and

       (2)     all pending motions are DENIED as moot.

       DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of April, 2008.

                        _____

                        FEDERICO A. MORENO
                        UNITED STATES DISTRICT JUDGE

Dockets.Justia.com

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record